# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154169

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 154169
COA: 325895
Wayne CC: 14-006314-FH

MARCUS HIGHTOWER, a/k/a MARCUS
ORLANDO HIGHTOWER, a/k/a MARCUS
OLANDO HIGHTOWER,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017

t1212

Clerk